**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 2:26-cv-03980-PA-KES                              Date: April 21, 2026

Title:  MARTIZA ESCOTO v. STATE BAR OF CALIFORNIA, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Federal Subject Matter Jurisdiction**

On April 15, 2026, the District Judge denied Plaintiff Martiza Escoto's application for a temporary restraining order ("TRO"), finding, among other things, that the district court lacks jurisdiction under the Rooker-Feldman doctrine because Plaintiff's lawsuit is a de facto appeal of state court rulings in Los Angeles County Superior Court case number 24WCUD02549.  ("TRO Ruling" at Dkt. 7.)

District courts have a duty to ensure the existence of federal subject matter jurisdiction sua sponte.  Grupo Dataflux v. Atlas Global Grp., L.P., 541 U.S. 567, 593 (2004).  The Court, therefore, ORDERS Plaintiff to show cause why this case should not be dismissed for lack of jurisdiction as stated in the TRO Ruling.  Plaintiff's response is due **by May 20, 2026**.

The Court STAYS the deadline of all defendants to respond to the complaint.  If the Court finds that it has jurisdiction, it will issue further orders setting a deadline for responding to the complaint.

Initials of Deputy Clerk jd